UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL MONROE,

                   Appellant,

-against-

KRISTA PREUSS, CHAPTER 13 TRUSTEE,

                   Appellee.

**ORDER**

23-CV-00822 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to scheduling conflicts, the oral argument scheduled for July 26, 2023 is adjourned to **October 4, 2023 at 2:30 p.m.** to be held in Courtroom 520 of the White Plains courthouse.

SO ORDERED:

Dated: White Plains, New York
       June 20, 2023

                                                 _____
                                                 Philip M. Halpern
                                                 United States District Judge