UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL MONROE,

                Appellant,

-against-

KRISTA PREUSS, CHAPTER 13 TRUSTEE,

                Appellee.

**ORDER**

23-CV-00822 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared today in Courtroom 520 for oral argument on the bankruptcy appeal. Counsel rested on their briefs. Having considered the briefs and the record on appeal, for the reasons stated on the record and the law cited therein, the December 15, 2022 Order of United States Bankruptcy Judge Cecilia G. Morris is affirmed and this appeal is denied and dismissed.

    See Transcript.

    The Clerk of Court is respectfully requested to close this case.

SO ORDERED:

Dated: White Plains, New York
       October 4, 2023

_____
Philip M. Halpern
United States District Judge